IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR 08 21

v. : In Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

RAYMOND W. TEXEIRA :

INDICTMENT

The Grand Jury charges that:

On or about February 21, 2008, in the District of Rhode Island, the defendant, Raymond W. Texeira, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant United States Attorney

LUIS M. MATOS
First Assistant United States Attorney

Dated: 03/05/2008