AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: CR 08-21T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Raymond Texeira

I certify that I am admitted to practice in this court.

3/11/08
*Date*

[signature]
*Signature*

Matthew B. Smith #4120
*Print Name* *Bar Number*

1206 Westminster St
*Address*

Prov, RI 02909
*City* *State* *Zip Code*

401 272-7277 401-454-5557
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.