**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR NO: 08-21T**

**RAYMOND W. TEXEIRA**

**MOTION TO VACATE PRE-TRIAL CONFERENCE DATE AND TO RE-ASSIGN TRIAL DATE**

Now comes the Defendant, Raymond W. Texeira, defendant in the above-captioned matter, by and through his attorney, and moves that this Honorable Court vacate the pre-trial conference date presently scheduled for April 21, 2008 and re-assign the April 2008 trial calendar date to a date in late June of 2008.

As grounds for this Motion the Defendant sets forth the following:

1. This matter is currently scheduled for a pre-trial conference on April 21, 2008 before the Honorable Magistrate Judge Lincoln Almond;

2. To date, the Defendant has not received Discovery from the Government and, therefore, is presently unable to reasonably determine whether to enter into a plea agreement or request a trial;

3. Defendant's counsel is presently scheduled to commence two date certain trials in Providence County Superior Court during the month of May 2008. Therefore, Defendant's counsel is unavailable to reasonably address the relative merits, or lack thereof, of the Government's case against the Defendant and to reasonably discuss the evidence and merits of a plea and/or trial with the Defendant in the above-referenced matter until June of 2008;

4. The Defendant, by and through counsel, specifically acknowledges and consents that any continuance granted and/or subsequent delay in the time of trial in the above-referenced matter shall be deemed excludable for purposes of the Speedy Trial Act;

WHEREFORE, Defendant, by and through counsel, respectfully requests that this Honorable Court vacate the pre-trial conference date presently scheduled for April 21, 2008 and re-assign the above-referenced matter for a trial calendar call in late June of 2008 or any another similar date convenient to the Honorable Court.

Respectfully submitted,
Raymond W. Texeira,
By and through his attorney,

/s/ Matthew B. Smith, Esq.
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 272-7277
(401) 454-5557 {Fax}

**CERTIFICATION**

I hereby certify that on this 14th day of April 2008, I filed the within Motion to Vacate the Pre-Trial Conference Date and to Re-Assign the Trial Date via the CM/ECF System. A copy of the within Motion was sent to Assistant United States Attorney, Chief of the Criminal Division, Stephen G. Dambruch.

/s/ Matthew B. Smith, Esq.