UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 08-21T
:
RAYMOND W. TEXEIRA :

ORDER

Upon motion of the Defendant to continue the trial presently scheduled for May 20, 2008, and with no objection by the Government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the Defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, United States v. Raymond W. Texeira, CR No. 08-21T, is vacated, the case will be scheduled for impanelment on June 16, 2008 and the time from the date of this order through June 16, 2008, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

/s/ Jeannine Noel
Deputy Clerk

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
April 21, 2008